UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

United States of America,

-against-

Reheem Anderson,

Defendant.

-----------------------------------------------------x

ORDER

Docket No. 26 CR 00487 (KMK)

KARAS, U.S. DISTRICT JUDGE:

John S. Wallenstein, Esq., is to assume representation of the defendant in the above captioned matter as of November 19, 2026. Mr. Wallenstein is appointed pursuant to the Criminal Justice Act. His address is 1100 Franklin Avenue, Suite 305, Garden City, New York 11530; phone number (516) 742-5600; Email: JSWallensteinEsq@outlook.com

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
November 24, 2026